RECEIVED
APR 4 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
APR 04 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____RN_____
DEPUTY CLERK

CHAUNCY JARRELL WILLIAMS
Petitioner

v.

THE STATE OF TEXAS
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. D-1-DC-20-200941
D-1-DC-20-200940
D-1-DC-20-203363
(Supplied by Clerk of Court)

1:22CV00345 RP

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Chauncy-Jarrell; Williams
   (b) Other names you have used: /

2. Place of confinement:
   (a) Name of institution: Travis County Correctional Complex
   (b) Address: 3614 Bill Price Rd Del Valle, Tx 78617
   (c) Your identification number: P00284674 / 2203860

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 427th District Court of Travis County
   (b) Docket number of criminal case: D-1-DC-20-200941, 200940
   (c) Date of sentencing: March 1, 2022
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☒ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☒ Disciplinary proceedings
- ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __427th District Court of Travis County__
   (b) Docket number, case number, or opinion number: __D-1-DC-20-203363, 200941, 200940__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Disciplinary proceedings and validity of charges__

   (d) Date of the decision or action: __June 15, 2015__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes  ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: __Texas Circuit of Appeals Travis County__
      (2) Date of filing: __November 12, 2017__
      (3) Docket number, case number, or opinion number: __D-1-DC-20-203363__
      (4) Result: __No change__
      (5) Date of result: __February 7, 2020__
      (6) Issues raised: __First, Fourth, Fifth Amendment violations__

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:
*Conflict of Interest and Corruption*

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ■ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:
*Conflict of Interest and Corruption*

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
■ Yes     ☐ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
     ☐ Yes     ■ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I feel at the State level government is full of corruption, therefore, jurisdiction is improper.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

   (d)   Did you appeal the decision to the United States Court of Appeals?
       ☐ Yes        ☒ No
       If "Yes," provide:
       (1) Name of court:
       (2) Date of filing:
       (3) Case number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 4th Amendment: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath of affirmation, and particularly describing the place to be searched and the persons or things to be seized.

(a) Supporting facts (Be brief. Do not cite cases or law.): The Sheriff entered my apartment without a warrant, as well as, without permission.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** 14th Amendment: All persons born or naturalized in the U.S. and subject to the jurisdiction thereof, are citizens of the U.S. and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S.; nor shall any State deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

(a) Supporting facts (Be brief. Do not cite cases or law.): Judge Tamera Needles, Attn. Don Morehart and Prosecution manipulated court proceeds, in order, to sway the jurors judgement. I wasn't afforded to opportunity to testify after instructing my attorney that I wanted to testify. Don Morehart refused to tell anyone.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** 18 U.S.C. sec. 227: Wrongfully influencing a private entity's employment decisions by a member of congress or an officer or employee of the legislative or executive branch (a) Whoever, being a "covered gov. person" with the intent to influence, solely on the basis of partisan political affliction, an employee decision or employee practice of any private entity (1) takes or witholds, or offers or threatens to take or witholds, an official act, or (2) influences, or offers or threatens to influence, the official act of another,

(a) Supporting facts (Be brief. Do not cite cases or law.): Kelsey Loya came to court to testify on Chauncy's behalf but the 427th District Court intervene with another lawyer deter her to testify. She was threaten into pleading the 5th from fear of arrest.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** 42 U.S.C. Sec. 1985 (2) Obstructing justice; intimidating party, witness or juror. If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the US. from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment... conspire for the purpose of impeding, hindering, obstructing or defeating, in any matter, the due course of justice in any State, with intent to deny to any citizen of the equal protection of the law

(a) Supporting facts (Be brief. Do not cite cases or law.):

- Judge Tamera Needles knowingly, intentionally and falsely revoked my bond without legal causes, in order, to coerce me into a plea agreement
- She intentionally, falsely imprisoned me to sway my defense march 1, 2022 because I was attempting to challenge the charges against me.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:

I'm requesting a new trial, compulsory and punitive damages of $5,000,000 million dollars. Federal reserve notes for pain and suffering, loss of employment opportunities, loss of stability

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_March 30, 2022_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-30-2022         Chauncy Jarrell; Williams
                        _Signature of Petitioner_

_____
_Signature of Attorney or other authorized person, if any_

Please accept this filing forma pauperis as I'm unable to supply the court with the filing fee at this time.

Alt address: PO Box 403, Austin TX 78714